ANNA W. SMITH, PLAINTIFF IN ERROR, v. JOSEPH CORBETT, DEFENDANT IN ERROR.

On error to the Supreme Court.

This case was argued at the February Term, 1896, before Justices Depue, Van Syckel and Gummere. It was upon *certiorari* to review the action of the Court of Common Pleas of the county of Monmouth, in the matter of an application to keep an inn and tavern. It was held, *per curiam*, that the Common Pleas had jurisdiction to grant the license, although the applicant was not at the time in occupancy of the house licensed. *Barnegat Beach Association* v. *Busby*, 15 *Vroom* 627; *Amerman* v. *Hill*, 23 *Id.* 328. On the application to vacate the license, the court below had the discretionary power to postpone the decision of the case to see whether the applicant was entitled to the possession of the house. There was no reversible error in that respect, and the writ of *certiorari* must be dismissed, with costs.

For the plaintiff in error, *Aaron E. Johnston*.

For the defendant in error, *William H. Vredenburgh*.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, LIPPINCOTT, MAGIE, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON.    11.

*For reversal*—None.